IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN W. TAYLOR,<br><br>    *Plaintiff,*<br><br>v.<br><br>COMCAST'S CORPORATION EXECUTIVE DIRECTORS, *et al.*,<br><br>    *Defendants.* | Civil Action No. 2:18-cv-1230<br><br>Hon. Peter J. Phipps |

## **ORDER**

  Plaintiff John W. Taylor, appearing *pro se*, filed a motion to stay, ECF No. 9, and motion to remand to state court, ECF No. 10, and Defendants Comcast's Corporation Executive Directors, *et al.*, filed a motion to compel arbitration and stay proceedings, ECF No. 6. A Report and Recommendation, ECF No. 19, was filed by the United States Magistrate Judge recommending that Plaintiff's motions be denied and Defendants' motion be granted. The parties were granted a period of time after being served with a copy to file written objections thereto. To date, no objections have been filed. Upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, the following order is entered:

  AND NOW, this 15th day of February 2019;

  IT IS HEREBY ORDERED that Plaintiff's motion to stay, ECF No. 9, and motion to remand to state court, ECF No. 10, are DENIED.

IT IS FURTHER ORDERED that Defendants' motion to compel arbitration and stay proceedings, ECF No. 6, is GRANTED, and this matter is administratively closed pending notification by either party that it should be reopened.

IT IS FURTHER ORDERED that the Report and Recommendation, ECF No. 19, filed on November 13, 2018, by Magistrate Judge Mitchell, is adopted by this Court.

BY THE COURT:

PETER J. PHIPPS
UNITED STATES DISTRICT JUDGE

cc: The Honorable Robert C. Mitchell
United States Magistrate Judge